IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-

NATHANIEL FINNEY, JASON LUMPKIN,
REGGIE MCDOWELL, and ISAAC WILSON

      Defendants.

Criminal Action No.
22-00138-02/03/07/09-CR-W-SRB

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

- Defendant Finney
  - Count 1: Conspiracy to Distribute 500 Grams or More of Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846
  - Counts 20, 24: Distribution of Methamphetamine, *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(c)
  - Count 25: Possession of a Firearm in Furtherance of a Drug Trafficking Offense, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)
- Defendant Lumpkin
  - Count 1: Conspiracy to Distribute 500 Grams or More of Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846
- Defendant McDowell
  - Count 1: Conspiracy to Distribute 500 Grams or More of Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846
  - Counts 3, 5–7, 9, 12: Distribution of Methamphetamine, *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(c)
  - Counts 4, 8, 10: Possession of a Firearm in Furtherance of a Drug Trafficking Offense, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)
- Defendant Wilson
  - Count 1: Conspiracy to Distribute 500 Grams or More of Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846
  - Counts 13, 14, 17: Distribution of Methamphetamine, *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(c)

**TRIAL COUNSEL**:
       Government: Byron Black and Stephanie Bradshaw
           Case Agent: Steven White, ATF
       Defendant Finney: Thomas Johnson
       Defendant Lumpkin: Blade Moore
       Defendant McDowell: John Justin Johnston
       Defendant Wilson: Anthony Bologna

**OUTSTANDING MOTIONS**: None.

**ANTICIPATED MOTIONS**: Defendant McDowell anticipates filing motions in limine.

**TRIAL WITNESSES**:
       Government: 12 with stipulations; 15 without stipulations
       Defendant Finney: 1 witness, including Defendant who may testify.
       Defendant Lumpkin: 1–2 witnesses, including Defendant who may testify.
       Defendant McDowell: 3 witnesses, including Defendant who may testify.
       Defendant Wilson: 1 witness, including Defendant who may testify.

**TRIAL EXHIBITS**:
       Government: 50 exhibits
       Defendant Finney: 0 exhibits
       Defendant Lumpkin: 0 exhibits
       Defendant McDowell: 10–15 exhibits
       Defendant Wilson: 0 exhibits

**DEFENSES**:
       Defendant Finney will rely on:
       ( x )    defense of general denial
       (   )    defenses of general denial and _____
       Defendant Lumpkin will rely on:
       ( x )    defense of general denial
       (   )    defenses of general denial and _____
       Defendant McDowell will rely on:
       ( x )    defense of general denial
       (   )    defenses of general denial and _____
       Defendant Wilson will rely on:
       ( x )    defense of general denial
       (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
       Defendant Finney:
       (  ) Definitely for trial                         (  ) Possibly for trial
       ( x ) Motion to continue to be filed    (  ) Likely a plea will be worked out

       Defendant Lumpkin:
       (  ) Definitely for trial                         (  ) Possibly for trial
       ( x ) Motion to continue to be filed    (  ) Likely a plea will be worked out

Defendant McDowell:
(  ) Definitely for trial                           (  ) Possibly for trial
( x ) Motion to continue to be filed      (  ) Likely a plea will be worked out

Defendant Wilson:
(  ) Definitely for trial                           (  ) Possibly for trial
( x ) Motion to continue to be filed      (  ) Likely a plea will be worked out

**TRIAL TIME**: **6 days**
    Government's case including jury selection: 4 days
    Defense case: 2 days

**STIPULATIONS**:
    With regard to Defendant Finney, stipulations are
    (  )    not likely
    (  )    not appropriate
    ( x )   likely as to:
        ( x )   chain of custody
        (  )    chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        ( x )   other: identification, firearm functionality

    With regard to Defendant Lumpkin, stipulations are
    (  )    not likely
    (  )    not appropriate
    ( x )   likely as to:
        ( x )   chain of custody
        (  )    chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        ( x )   other: identification, firearm functionality

    With regard to Defendant McDowell, stipulations are
    (  )    not likely
    (  )    not appropriate
    ( x )   likely as to:
        ( x )   chain of custody
        (  )    chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        (  )    other:

With regard to Defendant Wilson, stipulations are
( )  not likely
( )  not appropriate
( x )  likely as to:
    ( x )  chain of custody
    ( )  chemist's reports
    ( )  prior felony conviction
    ( )  interstate nexus of firearm
    ( x )  other: identification, firearm functionality

**UNUSUAL QUESTIONS OF LAW**: None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**: May 22, 2023
Government: May 22, 2023
Defense: May 22, 2023
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: May 22, 2023
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: May 22, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing June 5, 2023.
    **Please note**:  *Any conflicting settings on trial docket?*

**OTHER**:
    ( )  A _____-speaking interpreter is required.
    ( )  Other assistive devices: _____

**IT IS SO ORDERED.**

                              */s/ Jill A. Morris*
                              JILL A. MORRIS
                              United States Magistrate Judge